IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO L VEGA QUILES

XXX-XX-7717

Debtor(s)

CASE NO. 08-05388 BKT

Chapter 13

**FILED & ENTERED ON 06/27/2011**

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #17, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of June, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors
F/up